

CDJ

215 580 2165   P.01/29

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT JOSEPH KOWALEWSKI, III          :          CIVIL ACTION
   Petitioner                                            :

             v.                                :          **FILED**

JAMES McGRADY, et al.,                          :          NO. 10-5467          SEP 2 2 2011
   Respondent                                         :          MICHAEL E. KUNZ, Clerk
                                             By_____ Dep. Clerk

## O R D E R

AND NOW, this 22nd day of September , 2011,

upon consideration of the pleadings and the record herein, and after review of the Report and

Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED**

that:

     (1)  The Report and Recommendation is **APPROVED AND ADOPTED.**

     (2)  The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED**

**WITHOUT AN EVIDENTIARY HEARING.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

C. DARNELL JONES, II.                              J.

Page 28 of 28

*mailed*
*9-23-11*
*V. Kowalewski*
*P.P.*

*Docket to State*