

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT JOSEPH KOWALEWSKI, III<br>Petitioner | : | CIVIL ACTION |
| v. | : | |
| JAMES McGRADY, et al.,<br>Respondent | : | NO. 10-5467 |

FILED
SEP 22 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 22nd day of September, 2011, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

(1) The Report and Recommendation is **APPROVED AND ADOPTED.**

(2) The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____ J.
C. DARNELL JONES, II,

Page 28 of 28

mailed
9-23-11
V. Kowalewski
P.P.

docket to State